IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 JUL 10  P 12: 55

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JFM09CV1805

| | |
|---|---|
| FRANK J. FEDERICO, II, ESQ., et. al. | * |
| Plaintiffs, | * |
| v. | * |
| EVAN M. GOLDMAN, ESQ., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, American Express Bank, FSB, Evan M. Goldman, and Goldman & Goldman, P.A., (collectively the "Defendants"), hereby remove the above captioned civil action from the Circuit Court of Maryland for Baltimore County, to the United States District Court for the District of Maryland. The removal of this civil case is proper because:

1. All defendants consent to remove this action currently before the Circuit Court of Maryland for Baltimore County titled *"Frank J. Federico, II, Esq. and Frank J. Federico, II, P.A. v. Evan M. Goldman, Esq. and Goldman & Goldman, P.A. and American Express Bank, FSB"* known as Case No.: 03-C-09-006831 OT (the "State Court Action").

2. Defendants remove this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 (the "FDCPA"), as the Plaintiffs complaint claims relief based on alleged abusive practices in violation of federal law.

3. Attached hereto and incorporated herein as Exhibit A are true and correct copies of all process, pleadings, and orders served upon Defendants in the State Court Action. No further proceedings have taken place in the State Court Action.

4. A copy of this Notice of Removal is being served upon Plaintiffs and filed concurrently with the Clerk of the Circuit Court of Maryland for Baltimore County.

WHEREFORE, Defendants hereby remove to this Court the State Court Action.

July 10, 2009

                                              Respectfully submitted,

                                              Evan M. Goldman, Esquire
                                              Federal Bar Number: 27311
                                              Goldman & Goldman, P. A.
                                              36 South Charles Street, Suite 2401
                                              Baltimore, Maryland 21201
                                              emg@goldmangoldman.com
                                              (410) 547-1400 phone
                                              (410) 547-8818 fax

                                              Attorneys for Defendants
                                              *American Express Bank, FSB,*
                                              *Evan M. Goldman, and*
                                              *Goldman & Goldman, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July 2009, a copy of the foregoing Notice of Removal was mailed first class, postage prepaid, to:

Frank J. Federico, II, Esquire
6800 York Road, Suite 2
Baltimore, Maryland 21212

Frank J. Federico, II, P.A.
6800 York Road, Suite 2
Baltimore, Maryland 21212

_____
Evan M. Goldman