# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| FRANK J. FEDERICO, II, ESQ., et. al. | * |
| Plaintiffs, | * |
| v. | * |
| EVAN M. GOLDMAN, ESQ., et. al. | *   Case No.: JFM-09-1805 |
| Defendants | * |
|  | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE**

American Express Bank, FSB, Evan M. Goldman, and Goldman & Goldman, P.A., (collectively the "Defendants"), by their undersigned counsel, states that the Circuit Court for Baltimore County case was dismissed on July 20, 2009 (A date stamped copy is attached hereto as Exhibit A). Therefore, removal to the United States District Court for the District of Maryland is no longer necessary.

July 20, 2009

                                              Respectfully submitted,

                                              /s/ Evan M. Goldman
                                            Evan M. Goldman, Esquire
                                            Federal Bar Number: 27311
                                            Goldman & Goldman, P. A.
                                            36 South Charles Street, Suite 2401
                                            Baltimore, Maryland 21201
                                            emg@goldmangoldman.com
                                            (410) 547-1400 phone
                                            (410) 547-8818 fax

                                            Attorneys for Defendants
                                            *American Express Bank, FSB,*
                                            *Evan M. Goldman, and*
                                            *Goldman & Goldman, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July 2009, a copy of the foregoing Line was mailed first class, postage prepaid, to:

Frank J. Federico, II, Esquire
6800 York Road, Suite 2
Baltimore, Maryland 21212

Frank J. Federico, II, P.A.
6800 York Road, Suite 2
Baltimore, Maryland 21212

    /s/ Evan M. Goldman_____
Evan M. Goldman